**Order entered November 21, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01081-CV

### IN RE ABRAHAM YEPEZ RAMIREZ, Relator

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-14050**

## ORDER
Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus and **LIFT** our September 16, 2019 stay of the underlying proceedings in the trial court.

/s/ BILL WHITEHILL
   JUSTICE